UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST LAMONT WILLIAMS, | ) | No. CV 20-9067-VAP (AGR) |
| Petitioner, | ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| R. C. JOHNSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus and the entire file de novo, including the Report and Recommendation ("Report"). The Court accepts the findings and recommendation of the Report.

On September 2, 2021, Petitioner filed a Motion for Stay and Abeyance pending exhaustion of Ground Two in state court.[1] (Dkt. No. 29.) The Court refers that motion to the magistrate judge for further proceedings.

IT IS ORDERED as follows:

(1) Respondent's motion to dismiss is GRANTED IN PART in that Ground Two

---

[1] Before Petitioner's motion was entered on the docket, the magistrate judge had issued an order granting Petitioner's application for an extension of time to select one of the options recommended in the Report until September 24, 2021. (Dkt. No. 28.) Because Petitioner has since selected the option of filing a motion for stay pending exhaustion, the Court has now reviewed the file.

and the portion of Ground One alleging a Fifth Amendment violation are deemed unexhausted before the California Supreme Court;

    (2) Petitioner's motion to delete the unexhausted portion of Ground One is GRANTED; and

    (3) Petitioner's motion to stay proceedings pending exhaustion of Ground Two is referred to the magistrate judge for further proceedings.

DATED: September 14, 2021

                                        VIRGINIA A. PHILLIPS
                                        United States District Judge