IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LAMONT WILLIAMS, <br><br> Petitioner, <br><br> v. <br><br> R. C. JOHNSON, Warden, <br><br> Respondent. | NO. CV 20-9067-SVW (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.  The Court accepts the findings and recommendation of the Report.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED:  October 8, 2025

_____
STEPHEN V. WILSON
United States District Judge