JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LAMONT WILLIAMS, <br><br> Petitioner, <br><br> v. <br><br> R. C. JOHNSON, Warden, <br><br> Respondent. | CV 20-9067-SVW (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED: October 8, 2025

_____
STEPHEN V. WILSON
United States District Judge